RECEIVED

JUN 17 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERNEST FORD** | **CIVIL ACTION NO. 09-1929** |
| LA. DOC #110753 | |
| VS. | **SECTION P** |
| | **JUDGE HAIK** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2010.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE